Brett H. Ramsaur, WSBA #41980
RAMSAUR LAW OFFICE
950 Pacific Ave, Suite 1030
Tacoma, WA 98402
Telephone:     949.200.9114
Facsimile:     949.222.3453
Email:          brett@ramsaurlaw.com

Attorneys for Judgment Creditors
AI Thumbnail Maker LLC and Kale
Abrahamson

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AI THUMBNAIL MAKER LLC and KALE ABRAHAMSON,<br><br>              Judgment Creditors,<br><br>    v.<br><br>ERIC LEOPARDI,<br><br>              Judgment Debtor,<br><br>BLUEVINE INC. DBA BLUEVINE CAPITAL, a Delaware corporation,<br><br>              Garnishee Defendant. | Case No.  2:24-mc-00007-TL<br><br>**APPLICATION FOR ISSUANCE OF WRIT OF GARNISHMENT** |

## I.

## APPLICATION

1.1     Judgment creditors AI Thumbnail Maker LLC and Kale Abrahamson ("Judgment Creditors") have a judgment that was registered in this court on December 8, 2023 (the "Judgment"), which is wholly unsatisfied against judgment debtor Eric Leopardi ("Judgment Debtor").

APPLICATION FOR WRIT OF GARNISHMENT - 1

1.2     The amount due, $766,641.46, comprises the balance of the Judgment, accrued interest and estimated garnishment costs as indicated in the writ.

1.3     Judgment Creditors and their counsel have reason to believe, and do believe, that Bluevine Inc. dba Bluevine Capital, a Delaware corporation ("Bluevine"), whose registered agent's address is Filejet Inc., 14900 Interurban Ave S, Ste 271-71, Tukwila, WA 98168, has possession or control of personal property or effects belonging to Judgment Debtor (e.g., deposit account(s)) which are not exempted from garnishment by any state or federal law.

1.4     Bluevine is not the employer of Judgment Debtor.

## II.

## CERTIFICATION

I certify under penalty of the perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.  Executed this 1st day of February 2024, at Tacoma, Washington.

/s/ Brett H. Ramsaur
Brett H. Ramsaur

APPLICATION FOR WRIT OF GARNISHMENT - 2