Brett H. Ramsaur, WSBA #41980
RAMSAUR LAW OFFICE
950 Pacific Ave, Suite 1030
Tacoma, WA 98402
Telephone:     949.200.9114
Facsimile:     949.222.3453
Email:         brett@ramsaurlaw.com

Attorneys for Judgment Creditors
AI Thumbnail Maker LLC and Kale Abrahamson

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AI THUMBNAIL MAKER LLC and KALE ABRAHAMSON,<br><br>        Judgment Creditors,<br><br>    v.<br><br>ERIC LEOPARDI,<br><br>        Judgment Debtor,<br><br>BLUEVINE INC. DBA BLUEVINE CAPITAL, a Delaware corporation,<br><br>        Garnishee Defendant. | Case No.  2:24-mc-00007-TL<br><br>**PRAECIPE** |

## TO THE CLERK OF THE ABOVE-ENTITLED COURT:

///

///

///

///

PRAECIPE - 1

You will please: issue a writ of garnishment (debts other than earnings—after judgment) on personal property and effects of defendant Eric Leopardi and against garnishee defendant Bluevine Inc. dba Bluevine Capital, a Delaware corporation ("Bluevine") in accordance with the concurrently-filed *Application for Writ of Garnishment* (the "Application").

Dated: February 1, 2024                RAMSAUR LAW OFFICE


By: /s/ Brett H. Ramsaur
  Brett H. Ramsaur

Attorneys for Judgment Creditor
AI Thumbnail Maker LLC and Kale Abrahamson

PRAECIPE - 2

RAMSAUR LAW OFFICE
950 Pacific Avenue, Suite 1030
Tacoma, WA 98402
949.200.9114