Brett H. Ramsaur, WSBA #41980
RAMSAUR LAW OFFICE
950 Pacific Ave, Suite 1030
Tacoma, WA 98402
Telephone:      949.200.9114
Facsimile:      949.222.3453
Email:          brett@ramsaurlaw.com

Attorneys for Judgment Creditors
AI Thumbnail Maker LLC and Kale
Abrahamson

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AI THUMBNAIL MAKER LLC and KALE ABRAHAMSON,<br><br>    Judgment Creditors,<br><br>  v.<br><br>ERIC LEOPARDI,<br><br>    Judgment Debtor,<br><br>BLUEVINE INC. DBA BLUEVINE CAPITAL, a Delaware corporation,<br><br> Garnishee Defendant. | Case No. 2:24-mc-00007-TL<br><br>**ORDER TO ISSUE WRIT OF GARNISHMENT (DEBTS OTHER THAN EARNINGS—AFTER JUDGMENT)** |

This matter comes before the Court on judgment creditors AI Thumbnail Maker LLC and Kale Abrahamson's ("Judgment Creditors") *Application for Issuance of Writ of Garnishment (Debts Other Than Earnings—After Judgment)* (the "Application") seeking to garnish property in which judgment debtor Eric Leopardi ("Judgment Debtor") has a substantial nonexempt interest and which is in the possession, custody, or control of garnishee defendant Bluevine Inc. dba Bluevine Capital, a Delaware corporation ("Bluevine"). The Court, having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the *Writ of Garnishment*

ORDER TO ISSUE WRIT OF GARNISHMENT - 1

*(Debts Other Than Earnings—After Judgment)* (Docket No. 1-3) submitted by plaintiff's counsel.

Dated this _____ day of February, 2024

_____
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT - 2

RAMSAUR LAW OFFICE
950 Pacific Avenue, Suite 1030
Tacoma, WA 98402
949.200.9114