Brett H. Ramsaur, WSBA #41980
RAMSAUR LAW OFFICE
950 Pacific Ave, Suite 1030
Tacoma, WA 98402
Telephone:     949.200.9114
Facsimile:      949.222.3453
Email:          brett@ramsaurlaw.com

Attorneys for Judgment Creditors
AI Thumbnail Maker LLC and Kale Abrahamson

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AI THUMBNAIL MAKER LLC and KALE ABRAHAMSON, <br><br> Judgment Creditors, <br><br> v. <br><br> ERIC LEOPARDI, <br><br> Judgment Debtor, <br><br> BLUEVINE INC. DBA BLUEVINE CAPITAL, a Delaware corporation, <br><br> Garnishee Judgment Debtor. | Case No. 2:24-mc-00007-TL <br><br> **WRIT OF GARNISHMENT (DEBTS OTHER THAN EARNINGS—AFTER JUDGMENT)** |

**THE STATE OF WASHINGTON TO: GARNISHEE JUDGMENT DEBTOR BLUEVINE INC. DBA BLUEVINE CAPITAL, A DELAWARE CORPORATION (“BLUEVINE”) AND JUDGMENT DEBTOR ERIC LEOPARDI (“JUDGMENT DEBTOR”):**

The above-named judgment creditors AI Thumbnail Maker LLC and Kale Abrahamson (“Judgment Creditors”) have applied for a writ of garnishment against you, claiming that the above-named Judgment Debtor is indebted to Judgment Creditors and that the amount to be held to satisfy the indebtedness is $766,641.46, consisting of:

WRIT OF GARNISHMENT - 1

| | |
|---|---|
| Balance of judgment: | $750,000.00 |
| Interest under judgment from 9/21/23 to 1/30/24 | $14,589.46 |
| Taxable attorneys' fees/costs | $300 |

Estimated garnishment costs:

| | |
|---|---|
| Filing fees: | $52.00 |
| Service/affidavit fees: | $100 |
| Postage and costs of certified mail: | $30 |
| Mail: | $5 |
| Answer fee: | $30 |
| Garnishment attorneys' fees: | $2,000.00 |
| Other: | $0 |
| Total estimated garnishment costs: | $2,052.00 |

**TOTAL:**                                                    **$766,641.46**

Plus per day rate of estimated interest:               $111.37 (per diem)

YOU ARE COMMANDED, unless otherwise directed by the court, by the attorney of record for Judgment Creditors, or by this writ, not to pay any debt, other than earnings, owed to Judgment Debtor at the time this writ was served and not to deliver, sell, or transfer, or recognize any sale or transfer of, any personal property or effects of Judgment Debtor in your possession or control at the time when this writ was served. Any such payment delivery, sale, or transfer is void to the extent necessary to satisfy Judgment Creditors' claim and costs for this writ with interest.

YOU ARE ALSO COMMANDED to answer this writ according to the instructions in this writ and in the answer forms and, within 20 days after the service of the writ upon you, mail or deliver the original of such answer to the court, one copy to Judgment Creditors or Judgment Creditors' attorney, and one copy to Judgment Debtor at the addresses listed at the bottom of this writ.

WRIT OF GARNISHMENT - 2

RAMSAUR LAW OFFICE
950 Pacific Avenue, Suite 1030
Tacoma, WA 98402
949.200.9114

If you owe Judgment Debtor a debt payable in money in excess of the amount set forth in the first paragraph of this writ, hold only the amount set forth in the first paragraph and any processing fee if one is charged and release all additional funds or property to Judgment Debtor.

IF YOU FAIL TO ANSWER THIS WRIT AS COMMANDED, A JUDGMENT MAY BE ENTERED AGAINST YOU FOR THE FULL AMOUNT OF JUDGMENT CREDITORS' CLAIM AGAINST JUDGMENT DEBTOR WITH ACCRUING INTEREST, ATTORNEYS' FEES, AND COSTS WHETHER OR NOT YOU OWE ANYTHING TO JUDGMENT DEBTOR.  IF YOU PROPERLY ANSWER THIS WRIT, ANY JUDGMENT AGAINST YOU WILL NOT EXCEED THE AMOUNT OF ANY NONEXEMPT DEBT OR THE VALUE OF ANY NONEXEMPT PROPERTY OR EFFECTS IN YOUR POSSESSION OR CONTROL.

JUDGMENT MAY ALSO BE ENTERED AGAINST JUDGMENT DEBTOR FOR COSTS AND FEES INCURRED BY JUDGMENT CREDITORS.

WITNESS, the Honorable _____, United States District Judge for the Western District of Washington, and the seal thereof, this _____ day of February, 2024.

| Attorney for Judgment Creditors: | Clerk of the U.S. District Court: |
| --- | --- |
| Brett H. Ramsaur, WSBA #41980<br>Ramsaur Law Office<br>950 Pacific Avenue, Suite 1030<br>Tacoma, WA 98402 | By:_____<br>U.S. District Court<br>700 Stewart Street, Suite 2310<br>Seattle, WA 98101 |

Name of Judgment Debtor

Eric Leopardi
1630 Enon Road
Oxford, NC 27565

WRIT OF GARNISHMENT - 3

RAMSAUR LAW OFFICE
950 Pacific Avenue, Suite 1030
Tacoma, WA 98402
949.200.9114