Brett H. Ramsaur, WSBA #41980
RAMSAUR LAW OFFICE
950 Pacific Ave, Suite 1030
Tacoma, WA 98402
Telephone:    949.200.9114
Facsimile:    949.222.3453
Email:        brett@ramsaurlaw.com

Attorneys for Judgment Creditors
AI Thumbnail Maker LLC and Kale Abrahamson

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

AI THUMBNAIL MAKER LLC and KALE ABRAHAMSON,

        Judgment Creditors,

    v.

ERIC LEOPARDI,

        Judgment Debtor,

BLUEVINE INC. DBA BLUEVINE CAPITAL, a Delaware corporation,

  Garnishee Defendant.

Case No. 2:24-mc-00007-TL

**CLAIM OF EXEMPTION**

INSTRUCTIONS:

1. Read this whole form after reading the enclosed notice. Then put an X in the box or boxes that describe your exemption claim or claims and write in the necessary information on the blank lines. If additional space is needed, use the bottom of the last page or attach another sheet.

2. Make two copies of the completed form. Deliver the original form by first-class mail or in person to the clerk of the court, whose address is shown at the bottom of the writ of garnishment. Deliver one of the copies by first-class mail or in person to the judgment creditors

CLAIM OF EXEMPTION - 1

or the judgment creditors' attorney, whose name and address are shown at the bottom of the writ. Keep the other copy.  YOU SHOULD DO THIS AS QUICKLY AS POSSIBLE, BUT NO LATER THAN 28 DAYS (4 WEEKS) AFTER THE DATE ON THE WRIT.

1.  The undersigned claim(s) the following described property or money as exempt from execution:

_____

_____

_____

_____

_____

2.  The undersigned believe(s) the property is exempt because:

_____

_____

_____

_____

| | |
|---|---|
| Print:  Your name | If married or in a state registered domestic partnership, name of husband/wife/state registered domestic partner |
| Your signature | Signature of husband, wife, or state registered domestic partner |
| Address | Address (if different from yours) |
| Telephone number | Telephone number (if different from yours) |

CLAIM OF EXEMPTION - 2

RAMSAUR LAW OFFICE
950 Pacific Avenue, Suite 1030
Tacoma, WA 98402
949.200.9114