Brett H. Ramsaur, WSBA #41980
RAMSAUR LAW OFFICE
950 Pacific Ave, Suite 1030
Tacoma, WA 98402
Telephone:      949.200.9114
Facsimile:      949.222.3453
Email:          brett@ramsaurlaw.com

Attorneys for Judgment Creditors
AI Thumbnail Maker LLC and Kale Abrahamson

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| AI THUMBNAIL MAKER LLC and KALE ABRAHAMSON,<br><br>            Judgment Creditors,<br><br>    v.<br><br>ERIC LEOPARDI,<br><br>            Judgment Debtor,<br><br>BLUEVINE INC. DBA BLUEVINE CAPITAL, a Delaware corporation,<br><br>            Garnishee Defendant. | Case No.  2:24-mc-00007-TL<br><br>**ANSWER TO WRIT OF GARNISHMENT**<br><br>(Debt Other Than Earnings) |

**SECTION I**: On February ____, 2024, the Writ of Garnishment was issued:

(A)  The judgment creditor:
☐ was employed by garnishee.
☐ was not employed and has never been employed by garnishee.
☐ was previously employed by the garnishee and the last date of employment was [Date].

(B)  The judgment creditor ☐ did ☐ did not maintain a financial account with garnishee; and

(C)  The garnishee ☐ did ☐ did not have possession of or control over any funds, personal property, or effects of the judgment creditor.  (List all of judgment creditor's personal property or effects in your possession or control on the bottom of the last page of this answer form or attach a schedule if necessary.)

ANSWER TO WRIT OF GARNISHMENT - 1

**SECTION II**:  At the time of service of the Writ of Garnishment on the garnishee there was due and owing from the garnishee to the above-named judgment creditor $_____.

If there is any uncertainty about your answer give an explanation on the last page or on an attached page.

**SECTION III**:  An attorney may answer for the garnishee.

Under penalty of perjury, I affirm that I have examined this answer, including accompanied schedules, and to the best of my knowledge and belief it is true, correct, and complete.

_____          _____
Signature of Garnishee Defendant          Date

_____          _____
Signature of person answering for Garnishee          Connection with Garnishee

                                                      _____

_____          _____
Print name of person signing          Address of Garnishee

Use this space to list all of the judgment creditor's property or effects in your possession or control or to explain any uncertainty about your answer:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

ANSWER TO WRIT OF GARNISHMENT - 2

RAMSAUR LAW OFFICE
950 Pacific Avenue, Suite 1030
Tacoma, WA 98402
949.200.9114