| From: | Alecia Rivas <alecia@ramsaurlaw.com> |
|---|---|
| Sent: | Thursday, February 1, 2024 10:57 AM |
| To: | WAWDdb_NewCasesSea |
| Cc: | Brett Ramsaur; Joshua Nyman; Kelly Ramsaur |
| Subject: | AI Thumbnail Maker LLC v Leopardi- Bluevine Inc Garnishee |
| Attachments: | 2024 0201 Claim Exempt Bluevine.pdf; 2024 0201 Answer Writ Bluevine.pdf; 2024 0201 Order Issue Writ Bluevine.pdf; 2024 0201 Writ Garnish Bluevine.pdf; 2024 0201 Praecipe Bluevine.pdf; 2024 0201 App Writ Garnish Bluevine.pdf |

**Categories:**

**CAUTION - EXTERNAL:**

Good morning!

We would like to open a new case for this matter. Please see attached.

Thank you!



**ALECIA RIVAS**
alecia@ramsaurlaw.com
www.ramsaurlaw.com

CALIFORNIA / 949.200.9114        WASHINGTON / 253.720.4230
3070 BRISTOL STREET, SUITE 640    950 PACIFIC AVENUE, SUITE 1030
COSTA MESA, CA 92626             TACOMA, WA 98402

This is an attempt to collect a debt.  Any information obtained from you will be used for that purpose.

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be privileged. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, please immediately notify us by telephone at 949.200.9114 and delete the original message. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.